[No. 9042–2–II. Division Two. October 13, 1987.]

WILLIAM D. RIVERA, *Appellant,* v. PAUL S. McCULLOUGH, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 81–2–00254–6, Thomas A. Swayze, Jr., J., entered July 22, 1985. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Utter, J. Pro

Tem., concurred in by Jones and Steiner, JJ. Pro Tem.